UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. BANK TRUST COMPANY,
NATIONAL ASSOCIATION,

    Plaintiff,

    v.

STEVE HOSKINS, et al.,

    Defendants.

Case No. 26-cv-01114-JD

**ORDER ADOPTING REPORT AND RECOMMENDATION, AND REMANDING CASE**

This is an unlawful detainer action that was removed to this court by defendant Steve Hoskins, who is proceeding pro se. Dkt. No. 1. Magistrate Judge Kandis A. Westmore has filed a report recommending remand because there is no basis for federal subject matter jurisdiction over this state law unlawful detainer action. Dkt. No. 7.

Hoskins did not file a response to the report and recommendation, and the time for responding has passed. Dkt. No. 7 at 4; Fed. R. Civ. P. 72.

The Court has independently reviewed the record and adopts the report and recommendation in full. The case is remanded to the Superior Court of California for the County of San Mateo.

Plaintiff's motion to remand, Dkt. No. 9, is terminated as moot, and the motion hearing set for June 11, 2026, is vacated.

**IT IS SO ORDERED.**

Dated: June 9, 2026

_____
JAMES DONATO
United States District Judge