United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA BANK TRUST COMPANY, NATIONAL ASSOCIATION,

Plaintiff,

v.

GREGORY MANDANIS, et al.,

Defendants.

Case No. 4:26-cv-12853-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *U.S. Bank Trust Company, National Association v. Hoskins, et al.*, 26-cv-01114-JD.

**IT IS SO ORDERED.**

Dated: November 6, 2026

KANDIS A. WESTMORE
United States Magistrate Judge